1  Henry C. Wang (SBN 196537)
   Email: hwang@reedsmith.com
2  Brett B. Goodman (SBN 260899)
   Email: bgoodman@reedsmith.com
3  REED SMITH LLP
   355 South Grand Avenue, Suite 2900
4  Los Angeles, CA  90071-1514
   Telephone:     +1 213 457 8000
5  Facsimile:     +1 213 457 8080

6  *Attorneys for Defendant*
   Stonebridge Life Insurance Company

7

8  Robert N. Kitay, Esq. (SBN 229966)
   LAW OFFICES OF ROBERT N. KITAY, PC
9  1006 Fourth Street, Suite 225
   Sacramento, CA 95814
10 Telephone:     +1 916 266 0188
   Facsimile:     +1 916 266 0198
11

12 *Attorney for Plaintiff*
   Denise Bethune

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| DENISE BETHUNE,<br><br>            Plaintiff,<br><br>     vs.<br><br>STONEBRIDGE LIFE INSURANCE COMPANY, a Vermont Corporation; and DOES 1 through 100, inclusive,<br><br>            Defendants. | Case No. 2:09-CV-03194-WBS-KJM<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>[Fed. R. Civ. Pro. 41(a)]<br><br>Compl. Filed:     September 4, 2009<br><br>Honorable William B. Shubb |

IT IS HEREBY STIPULATED by and amongst Plaintiff Denise Bethune and Defendant Stonebridge Life Insurance Company, by and through their attorneys of record, that the above-entitled action be dismissed with prejudice and each party is to bear its own costs.

IT IS SO STIPULATED

DATED:  March 24, 2010.

        REED SMITH LLP

        By    /s/ Henry C. Wang
            Henry C. Wang
            Brett B. Goodman
            *Attorneys for Defendant*
            Stonebridge Life Insurance Company

DATED:  March 24, 2010.

        LAW OFFICES OF ROBERT N. KITAY, PC

        By    /s/ Robert N. Kitay
            Robert N. Kitay
            *Attorney for Plaintiff*
            Denise Bethune

## ORDER

**IT IS SO ORDERED.**

DATED:  March 31, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

US_ACTIVE-103337229.1